UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of BOSCACCI, INC. dba AMP ELECTRIC, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED TECHNOLOGY CONSTRUCTION, a Washington corporation; ZURICH AMERICAN INSURANCE COMPANY, a New York corporation,<br><br>Defendants. | CASE NO. C19-1013RSM<br><br>ORDER GRANTING MOTION TO STAY PENDING MANDATORY ARBITRATION |

This matter comes before the Court on Defendants' Motion to Stay Pending Mandatory Arbitration. Dkt. #56. Defendants argue that a stay is required to comply with certain contract provisions requiring binding arbitration for disputes between Plaintiff and Defendant Advanced Technology Construction. *Id*. The Court agrees after reviewing those provisions and the cases cited by Defendants. Plaintiff has not filed any brief in opposition. This failure is considered by the Court as an admission that this Motion has merit. *See* LCR 7(b)(2).

Accordingly, having considered Defendants' Motion and the remainder of the record, the Court hereby finds and ORDERS:

1) Defendants' Motion to Stay Pending Mandatory Arbitration, Dkt. #56, is GRANTED.

2) These proceedings shall be STAYED pending resolution of the merits of the underlying dispute between AMP Electric and Advanced Technology Construction through arbitration pursuant to those parties' Subcontract.

3) The parties are to provide a joint status report to the Court no later than 10 days after such resolution, or within 180 days of this Order if no resolution is reached.

DATED this 11th day of September, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE