The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of BOSCACCI, INC. dba AMP ELECTRIC, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ADVANCED TECHNOLOGY CONSTRUCTION, a Washington corporation; ZURICH AMERICAN INSURANCE COMPANY, a New York corporation<br><br>Defendants. | No. 2:19-cv-01013-RSM<br><br>STIPULATION AND ORDER OF DISMISSAL<br><br>***CLERK'S ACTION REQUIRED*** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their undersigned counsel, that any and all claims by Plaintiff Boscacci, Inc. dba AMP Electric (Plaintiff) against Defendants Advanced Technology Construction Corp. and Zurich American Insurance Company (collectively, "Defendants"), and any and all claims by either Defendant against Plaintiff, are to be dismissed with prejudice and without payment of costs or attorneys' fees to any party. The following Order of Dismissal is also hereby approved and notice of presentment waived.

STIPULATION AND ORDER OF
DISMISSAL - 1

1     DATED this 28th day of September, 2020.

2

**THE COLLINS LAW GROUP PLLC**      **LANAK & HANNA, P.C.**

3

4 By: *s/ Sheri Lyons Collins*_____      By: _s/ Brian Boice_____
Jami K. Elison, WSBA # 31007      Brian Boice, WSBA # 42525
5 jami@tclg-law.com      bboice@lanak-hanna.com
Sheri Lyons Collins, WSBA #21969      1010 S L St., Ste. A
6 sheri@tclg-law.com      Tacoma, WA 98405
98 NE Gilman Blvd., Ste. 208      Phone: 253.944.1212
7 Issaquah, WA 98029
Phone: 425.295.7170      Colin Kendall McCarthy, *Pro Hac Vice*
8 *Attorneys for Defendants Advanced*      ckmccarthy@lanak-hanna.com
*Technology Corporation, Inc. & Zurich*      Lauren B. Stec, Esq.
9 *American Insurance Co.*      lbsstec@lanak-hanna.com
625 The City Drive South, Ste. 190
10 Orange, CA 92868
Phone: 714.620.2350
11 *Attorneys for Plaintiff Boscacci, Inc. dba*
*AMP Electric*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND ORDER OF      **THE COLLINS LAW GROUP PLLC**
DISMISSAL - 2      **98 NE GILMAN BLVD, STE. 201**
     **ISSAQUAH, WA 98027**
     **TEL: 425.295.7170**
     **FAX: 425.677.7090**

# ORDER

Based upon the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED, AND DECREED that all claims in this matter be dismissed with prejudice and without costs or attorneys' fees to any party. This case may now be dismissed in its entirety.

DATED this  23rd  day of _____February_____, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Jointly Presented By:

THE COLLINS LAW GROUP PLLC

By: *s/ Sheri Lyons Collins*_____
Jami K. Elison, WSBA # 31007
jami@tclg-law.com
Sheri Lyons Collins, WSBA #21969
sheri@tclg-law.com
98 NE Gilman Blvd., Ste. 208
Issaquah, WA 98029
Phone: 425.295.7170
*Attorneys for Defendants Advanced Technology Corporation, Inc. & Zurich American Insurance Co.*

LANAK & HANNA, P.C.

By:  _s/Brian Boice_____
Brian Boice, WSBA # 42525
bboice@lanak-hanna.com
1010 S L St., Ste. A
Tacoma, WA 98405
Phone: 253.944.1212

STIPULATION AND ORDER OF DISMISSAL  - 3

THE COLLINS LAW GROUP PLLC
98 NE GILMAN BLVD, STE. 201
ISSAQUAH, WA  98027
TEL: 425.295.7170
FAX: 425.677.7090